IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

DANIEL VALK,

      Plaintiff,

v.                                            CASE NO.: 2020-015683-CA-01

NATIONAL SPECIALTY INSURANCE
COMPANY,

      Defendant.
_____/

**AMENDED COMPLAINT**

      Plaintiff, DANIEL VALK, by and through undersigned counsel, hereby files this Amended Complaint against the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, and as grounds therefore states as follows:

      1.      That this is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

      2.      That at all times material hereto Defendant was an insurance company authorized to do business in the State of Florida and doing business in Miami-Dade County, Florida.

      3.      That at all times material hereto Plaintiff was and is residents of Miami-Dade County, Florida, and is otherwise sui juris.

      4.      That at all times material hereto, Plaintiff and Defendant had a policy of insurance, Policy No. VUW-HO-505850 on Plaintiff's residence located at 3302 NE 166th St., North Miami Beach, Florida 33160, which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use. (A true and correct copy of the policy is not in Plaintiff's possession, custody, and/or control, but is incorporated by reference hereto).

      5.      On or about September 10, 2017, the above described property was damaged as the result of Hurricane Irma. Defendant was given timely notice of the loss. Accordingly, Defendant assigned Claim Number 30205434464-0001.

CASE NO.: 2020-015683-CA-01

6. As a result of this incident, Plaintiff has suffered damage to the building on the subject property, damage to contents, and anticipated loss of use of the property and possessions therein.

7. Plaintiff has furnished Defendant with timely notice of the loss, proof of claim and has otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes, but Defendant has refused and continues to refuse to pay either part or all of the Plaintiff's claims.

## COUNT I – BREACH OF CONTRACT

Plaintiff readopts and realleges Paragraphs 1 through 7 above as if fully stated herein, and further alleges as follows:

8. That Defendant's denial of coverage and refusal to pay the full amount of the claim was contrary to the terms of the policy and/or Florida law and was a breach of said contract of insurance.

9. Plaintiff has been damaged by the Defendant's breach of said contract of insurance by having not been compensated for the damage sustained to the building on the subject property, damage to contents, and loss of use of the property and possessions taken from therein.

10. That as a direct and proximate result of the Defendant's refusal to pay Plaintiff's claim, Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the Plaintiff's interests and Plaintiff has become obliged to pay them a reasonable fee for their services in bringing this action.

11. In the event that Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law.

WHEREFORE, Plaintiff, DANIEL VALK, demands judgment against Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, for all damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorney fees and costs pursuant to Florida Statute Section 627.428, 626.9373, and/or any other Florida law, and the Plaintiff demands trial by jury of all issues triable as a matter of right by jury.

## DEMAND FOR JURY TRIAL

Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

CASE NO.: 2020-015683-CA-01

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: David C. Bibb, Esq. and Brian P. Henry, Esq., Attorneys for Defendant, using the Florida Courts E-Filing Portal, to: dbibb@rolfeshenry.com; wgonzalez@rolfeshenry.com; bhenry@rolfeshenry.com; and srainwater@rolfeshenry.com; on this 9th day of September, 2020.

    By: /s/ *Cody S. Pflueger*
        KEVIN WEISSER, ESQ.
        Florida Bar No: 98828
        CODY S. PFLUEGER, ESQ.
        Florida Bar No.: 90032
        WEISSER ELAZAR & KANTOR, PLLC
        Attorneys for Plaintiff
        800 East Broward Boulevard, Suite 510
        Fort Lauderdale, FL 33301
        T: (954) 486-2623
        F: (954) 572-8695
        Email: CP@WEKLaw.com
              RJ@WEKLaw.com